IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHREE VALLABH KRUPA LLC, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-4765 |
| **SANJEEV RAJ VERMA, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

**AND NOW**, this __13th__ day of April, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. 29), Plaintiffs' Response in Opposition (Doc. 30), and Defendants' Reply to Plaintiffs' Response in Opposition (Doc. 32), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**[1] and **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiffs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies this Court's Memorandum Opinion dated April 13, 2016.